WILLIAM J. PORTANOVA, SBN: 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
ROBERT KIRBY WELLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT KIRBY WELLS,<br><br>        Defendant. | Case No. 2:21-cr-0164-WBS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>**DATE: October 18, 2021**<br>**TIME: 9:00 a.m.**<br>**COURT: Hon. William B. Shubb** |

    Defendant, ROBERT KIRBY WELLS, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on October 18, 2021, and time was excluded through October 18, 2021 pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

    2.    By this stipulation, the parties jointly request that the Court continue the status conference to November 22, 2021, at 9:00 a.m. The parties further request that the Court exclude time under the Speedy Trial Act from October 18, 2021, through November 22, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv)

1

1  (Local Code T4).

2     3.   The parties stipulate, and request the Court find the
3  following:

4        a)   Defendant, ROBERT KIRBY WELLS, recently obtained
5  new counsel.

6        b)   As of now, there are approximately 123,000 pages
7  of discovery that include, among other things, investigative
8  reports, financial records, and other business records, as well
9  as the contents of two email accounts, that the government is in
10 the process of producing and/or that it will make available for
11 inspection and copying.

12       c)   Counsel for defendant, ROBERT KIRBY WELLS,
13 believes that failure to grant the above-requested continuance
14 would deny counsel the reasonable time necessary for effective
15 preparation, taking into account the exercise of due diligence.

16       d)   The government does not object to the continuance.

17       e)   Based on the above stated findings, the ends of
18 justice served by continuing the case outweigh the interest of
19 the public and the defendant in a trial within the original date
20 prescribed by the Speedy Trial Act.

21       f)   For the purpose of computing time under the Speedy
22 Trial Act, 18 U.S.C. § 3161, et. seq., within which trial must
23 commence, the time period of October 18, 2021, up to and
24 including, November 22, 2021, is deemed excludable under 18
25 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4), as it results
26 from a continuance granted by the Court at the defendant's
27 request on the basis of the Court's finding that the ends of
28 justice served by taking such action outweigh the best interest

of the public and defendant in a speedy trial.

  IT IS SO STIPULATED.

DATED: October 8, 2021  Respectfully submitted,

           */s/ William J. Portanova*
           WILLIAM J. PORTANOVA

           Attorney for Defendant
           ROBERT KIRBY WELLS

DATED: October 8, 2021  PHILLIP A. TALBERT
           Acting United States Attorney

           /s/ Matthew Thuesen
           MATTHEW THUESEN
           Assistant United States Attorney

**FINDINGS AND ORDER**

  IT IS SO FOUND AND ORDERED.

Dated: October 8, 2021
           WILLIAM B. SHUBB
           UNITED STATES DISTRICT JUDGE