WILLIAM J. PORTANOVA, SBN: 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
ROBERT KIRBY WELLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT KIRBY WELLS,<br><br>　　　　　Defendant. | Case No. 2:21-cr-0164-WBS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:　November 22, 2021<br>TIME:　9:00 a.m.<br>COURT: Hon. William B. Shubb |

　　　Defendant, ROBERT KIRBY WELLS, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

　　　1.　By previous order, this matter was set for status on November 22, 2021, and time was excluded through November 22, 2021 pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

　　　2.　By this stipulation, the parties jointly request that the Court continue the status conference to January 31, 2022, at 9:00 a.m.  The parties further request that the Court exclude time under the Speedy Trial Act from November 22, 2021, through

1

January 31, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

    3.   The parties stipulate, and request the Court find the following:

        a)   As of now, defense counsel has received 131,749 pages of discovery that include, among other things, investigative reports, financial records, and other business records, as well as the contents of two email accounts.

        b)   Counsel for defendant, ROBERT KIRBY WELLS, believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)   The government does not object to the continuance.

        d)   Based on the above stated findings, the ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq., within which trial must commence, the time period of November 22, 2021, up to and including, January 31, 2022, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4), as it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

// // //

// // //

IT IS SO STIPULATED.

DATED: November 17, 2021          Respectfully submitted,


                                  */s/ William J. Portanova*
                                  WILLIAM J. PORTANOVA

                                  Attorney for Defendant
                                  ROBERT KIRBY WELLS


DATED: November 17, 2021          PHILLIP A. TALBERT
                                  Acting United States Attorney


                                  /s/ Matthew Thuesen
                                  MATTHEW THUESEN
                                  Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 18, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3