1  WILLIAM J. PORTANOVA, SBN: 106193
   Portanova & Associates
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone: (916) 444-7900
   Fax: (916) 444-7998
4  Wjp@Portanova.com

5  Attorney for Defendant
   ROBERT KIRBY WELLS
6

7

8                    UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        Case No. 2:21-cr-0164-WBS
12
                  Plaintiff,        **STIPULATION TO CONTINUE STATUS**
13                                  **CONFERENCE AND EXCLUDE TIME**
                                    **UNDER THE SPEEDY TRIAL ACT;**
14      v.                          **FINDINGS AND ORDER**

   ROBERT KIRBY WELLS,
15                                  **DATE:  June 21, 2022**
                  Defendant.        **TIME:  9:00 a.m.**
16                                  **COURT: Hon. William B. Shubb**

17

18       Defendant, ROBERT KIRBY WELLS, by and through his

19  undersigned counsel, and Plaintiff United States of America, by

20  and through its undersigned counsel, hereby stipulate as follows:

21       1.   By previous order, this matter was set for status on

22  June 21, 2022, and time was excluded through June 21, 2022

23  pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

24       2.    By this stipulation, the parties jointly request that

25  the Court continue the status conference to August 22,2022, at

26  9:00 a.m.  The parties further request that the Court exclude

27  time under the Speedy Trial Act from June 21, 2022, through

28  August 22, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv)

                                1

1  (Local Code T4).

2      3.   The parties stipulate, and request the Court find the
3  following:

4          a)   Defense counsel has received 131,749 pages of
5  discovery that include, among other things, investigative
6  reports, financial records, and other business records, as well
7  as the contents of two email accounts.

8          b)   Counsel for defendant, ROBERT KIRBY WELLS,
9  believes that failure to grant the above-requested continuance
10 would deny counsel the reasonable time necessary for effective
11 preparation, taking into account the exercise of due diligence.

12         c)   The government does not object to the continuance.

13         d)   Based on the above stated findings, the ends of
14 justice served by continuing the case outweigh the interest of
15 the public and the defendant in a trial within the original date
16 prescribed by the Speedy Trial Act.

17         e)   For the purpose of computing time under the Speedy
18 Trial Act, 18 U.S.C. § 3161, et. seq., within which trial must
19 commence, the time period of June 21, 2022, up to and including,
20 August 22, 2022, is deemed excludable under 18 U.S.C. §
21 3161(h)(7)(A), (B)(iv) (Local Code T4), as it results from a
22 continuance granted by the Court at the defendant's request on
23 the basis of the Court's finding that the ends of justice served
24 by taking such action outweigh the best interest of the public
25 and defendant in a speedy trial.

26 // // //

27 // // //

28 // // //

IT IS SO STIPULATED.


DATED: June 15, 2022          Respectfully submitted,



                             /s/ William J. Portanova
                             WILLIAM J. PORTANOVA

                             Attorney for Defendant
                             ROBERT KIRBY WELLS


DATED: June 15, 2022          PHILLIP A. TALBERT
                             United States Attorney


                             /s/ Matthew Thuesen
                             MATTHEW THUESEN
                             Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  June 15, 2022
                             WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE