1  WILLIAM J. PORTANOVA, SBN: 106193
   Portanova & Associates
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone: (916) 444-7900
   Fax: (916) 444-7998
4  Wjp@Portanova.com

5  Attorney for Defendant
   ROBERT KIRBY WELLS
6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,           Case No. 2:21-cr-0164-WBS
12
              Plaintiff,               **STIPULATION TO CONTINUE STATUS**
13                                     **CONFERENCE AND EXCLUDE TIME**
        v.                             **UNDER THE SPEEDY TRIAL ACT;**
14                                     **FINDINGS AND ORDER**
   ROBERT KIRBY WELLS,
15                                     **DATE:  November 14, 2022**
              Defendant.               **TIME:  9:00 a.m.**
16                                     **COURT: Hon. William B. Shubb**

17

18      Defendant, ROBERT KIRBY WELLS, by and through his

19 undersigned counsel, and Plaintiff United States of America, by

20 and through its undersigned counsel, hereby stipulate as follows:

21      1.   By previous order, this matter was set for status on

22 November 14, 2022, and time was excluded through November 14,

23 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code

24 T4).

25      2.   By this stipulation, the parties jointly request that

26 the Court continue the status conference to January 30, 2023, at

27 9:00 a.m.  The parties further request that the Court exclude

28 time under the Speedy Trial Act from November 14, 2022, through

                                   1

January 30, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

    3.   The parties stipulate, and request the Court find the following:

        a)   Defense counsel has received 131,749 pages of discovery that include, among other things, investigative reports, financial records, and other business records, as well as the contents of two email accounts. Counsel for the defendant would like time to review the evidence, discuss resolution options, research sentencing issues, conduct independent factual investigations, and otherwise prepare for trial.

        b)   Counsel for defendant, ROBERT KIRBY WELLS, believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)   The government does not object to the continuance.

        d)   Based on the above stated findings, the ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq., within which trial must commence, the time period of November 14, 2022, up to and including, January 30, 2023, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4), as it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public

and defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: November 9, 2022          Respectfully submitted,


                                 /s/ William J. Portanova
                                 WILLIAM J. PORTANOVA

                                 Attorney for Defendant
                                 ROBERT KIRBY WELLS


DATED: November 9, 2022          PHILLIP A. TALBERT
                                 United States Attorney


                                 /s/ Matthew Thuesen
                                 MATTHEW THUESEN
                                 Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.


Dated:  November 9, 2022         WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE