WILLIAM J. PORTANOVA, SBN: 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
ROBERT KIRBY WELLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>ROBERT KIRBY WELLS,<br><br>            Defendant. | Case No. 2:21-cr-0164-WBS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>**DATE:  August 7, 2023**<br>**TIME:  9:00 a.m.**<br>**COURT: Hon. William B. Shubb** |

Defendant, ROBERT KIRBY WELLS, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1.   By previous order, this matter was set for status on August 7, 2023, and time was excluded through August 7, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

2.    By this stipulation, the parties jointly request that the Court continue the status conference to **September 18, 2023, at 9:00 a.m.**  The parties further request that the Court exclude time under the Speedy Trial Act from August 7, 2023, through September 18, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A),

1

1  (B)(iv) (Local Code T4).

2      3.    The parties stipulate, and request the Court find the

3  following:

4          a)    Defense counsel has received 131,749 pages of

5  discovery that include, among other things, investigative

6  reports, financial records, and other business records, as well

7  as the contents of two email accounts.  Counsel for the defendant

8  would like time to review the evidence, discuss resolution

9  options, research sentencing issues, conduct independent factual

10  investigations, and otherwise prepare for trial.

11          b)    Counsel for defendant, ROBERT KIRBY WELLS,

12  believes that failure to grant the above-requested continuance

13  would deny counsel the reasonable time necessary for effective

14  preparation, taking into account the exercise of due diligence.

15          c)    The government does not object to the continuance.

16          d)    Based on the above stated findings, the ends of

17  justice served by continuing the case outweigh the interest of

18  the public and the defendant in a trial within the original date

19  prescribed by the Speedy Trial Act.

20          e)    For the purpose of computing time under the Speedy

21  Trial Act, 18 U.S.C. § 3161, et. seq., within which trial must

22  commence, the time period of August 7, 2023, up to and including,

23  September 18, 2023, is deemed excludable under 18 U.S.C. §

24  3161(h)(7)(A), (B)(iv) (Local Code T4), as it results from a

25  continuance granted by the Court at the defendant's request on

26  the basis of the Court's finding that the ends of justice served

27  by taking such action outweigh the best interest of the public

28  // // //

and defendant in a speedy trial.

    IT IS SO STIPULATED.


DATED: August 2, 2023          Respectfully submitted,



                               /s/ William J. Portanova
                               WILLIAM J. PORTANOVA

                               Attorney for Defendant
                               ROBERT KIRBY WELLS


DATED: August 2, 2023          PHILLIP A. TALBERT
                               United States Attorney



                               /s/ Matthew Thuesen
                               MATTHEW THUESEN
                               Assistant United States Attorney

**FINDINGS AND ORDER**

    IT IS SO FOUND AND ORDERED.

Dated:  August 2, 2023         _____
                               WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE