WILLIAM J. PORTANOVA, SBN: 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
ROBERT KIRBY WELLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT KIRBY WELLS,<br><br>　　　　Defendant. | Case No. 2:21-cr-0164-WBS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:　November 13, 2023<br>TIME:　9:00 a.m.<br>COURT: Hon. William B. Shubb |

　　　Defendant, ROBERT KIRBY WELLS, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

　　　1.　By previous order, this matter was set for status on November 13, 2023, and time was excluded through November 13, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

　　　2.　By this stipulation, the parties jointly request that the Court continue the status conference to **December 18, 2023, at 9:00 a.m.** The parties further request that the Court exclude time under the Speedy Trial Act from November 13, 2023, through

1

December 18, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

    3.    The parties stipulate, and request the Court find the following:

        a)    Defense counsel has received 131,749 pages of discovery that include, among other things, investigative reports, financial records, and other business records, as well as the contents of two email accounts. Counsel for the defendant would like time to review the evidence, discuss resolution options, research sentencing issues, conduct independent factual investigations, and otherwise prepare for trial.

        b)    Counsel for defendant, ROBERT KIRBY WELLS, believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)    The government does not object to the continuance.

        d)    Based on the above stated findings, the ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq., within which trial must commence, the time period of November 13, 2023, up to and including, December 18, 2023, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4), as it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest

of the public and defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: November 8, 2023          Respectfully submitted,


                                 */s/ William J. Portanova*
                                 WILLIAM J. PORTANOVA

                                 Attorney for Defendant
                                 ROBERT KIRBY WELLS


DATED: November 8, 2023          PHILLIP A. TALBERT
                                 United States Attorney


                                 */s/ Matthew Thuesen*
                                 MATTHEW THUESEN
                                 Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 8, 2023          _____
                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE