PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT KIRBY WELLS,<br><br>Defendant. | CASE NO. 2:21-cr-164 WBS<br><br>STIPULATION TO CONVERT STATUS CONFERENCE TO CHANGE OF PLEA<br><br>DATE: December 18, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter currently is set for a status conference on December 18, 2023.

2. By this stipulation, the parties request that this Court convert the status conference to a change of plea.

IT IS SO STIPULATED.

Dated: December 13, 2023                    PHILLIP A. TALBERT
                                            United States Attorney


                                             /s/ MATTHEW THUESEN
                                            MATTHEW THUESEN
                                            Assistant United States Attorney

Dated: December 13, 2023

/s/ WILLIAM J. PORTANOVA
WILLIAM J. PORTANOVA
Counsel for Defendant
ROBERT KIRBY WELLS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: December 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE