UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT KIRBY WELLS,<br><br>  Defendant. | No. 2:21-cr-164 WBS<br><br><br><br>ORDER RELATING CASES |
| BMO BANK, N.A.,<br><br>  Garnishee, | No. 2:24-mc-352 DAD SCR |
| ROBINHOOD FINANCIAL, LLC &<br>ROBINHOOD SECURITIES, LLC,<br><br>  Garnishees, | No. 2:24-mc-353 DAD CSK |
| NORTH AMERICAN COMPANY FOR LIFE<br>AND HEALTH INSURANCE,<br><br>  Garnishee, | No. 2:24-mc-354 DAD CSK |
| FARMERS INSURANCE FEDERAL<br>CREDIT UNION,<br><br>  Garnishee, | No. 2:24-mc-356 WBS SCR |

1

1                         ----oo0oo----

2           Examination of the above-entitled actions reveals that
3 they are related within the meaning of Local Rule 123(a), because
4 the actions involve the same parties and are based on the same
5 claim, as the United States seeks writs of garnishment in the
6 civil miscellaneous cases to enforce the criminal restitution
7 order against defendant in the criminal case.  Accordingly, the
8 assignment of the matters to the same judge is likely to effect a
9 saving of judicial effort and is also likely to be convenient for
10 the parties.

11           The parties should be aware that relating the cases
12 under Local Rule 123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the actions is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the judge and magistrate judge to
16 whom the first filed action was assigned.

17           IT IS THEREFORE ORDERED that the actions denominated
18 United States v. Wells, Case No. 2:21-cr-164 WBS; United States
19 v. Wells, Case No. 2:24-mc-352 DAD SCR; United States v. Wells,
20 Case No. 2:24-mc-353 DAD CSK; United States v. Wells, Case No.
21 2:24-mc-354 DAD CSK; and United States v. Wells, Case No. 2:24-
22 mc-356 WBS SCR, be, and the same hereby are, deemed related.  The
23 cases denominated United States v. Wells, Case No. 2:24-mc-352
24 DAD SCR; United States v. Wells, Case No. 2:24-mc-353 DAD CSK;
25 and United States v. Wells, Case No. 2:24-mc-354 DAD CSK, shall
26 be reassigned to Judge WILLIAM B. SHUBB.  Any dates currently set
27 in the reassigned cases only are hereby VACATED.  Henceforth, the
28 captions on documents filed in the reassigned cases shall be

shown as United States v. Wells, Case No. 2:24-mc-352 WBS SCR; United States v. Wells, Case No. 2:24-mc-353 WBS SCR; and United States v. Wells, Case No. 2:24-mc-354 WBS SCR.

        IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

        IT IS SO ORDERED.

Dated: October 28, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE